UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.A.L. PRODUCE SALES CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CFG PRODUCE, INC., a Texas corporation and SHAWN JACKSON, an individual,<br><br>Defendants. | Case No.  1:24-cv-00315-FJS<br><br>ORDER TO SHOW CAUSE FOR FAILURE TO FILE STATUS REPORT<br><br>(ECF No. 18)<br><br>DEADLINE: APRIL 10, 2026 |

On April 1, 2025, the Court issued an order staying this action pending resolution of Defendant Shawn Jackson's bankruptcy proceedings.  (ECF No. 18.)  The Court ordered Plaintiff to file a status report within ninety (90) days of the date of that order, and every ninety (90) days thereafter, to advise the Court of the status of the bankruptcy proceedings.  (*Id.* at 6.)  A status report was due on March 30, 2026, but, to date, no status report has been filed.  Plaintiff is ORDERED TO SHOW CAUSE for the failure to file a status report by March 30, 2026, as ordered.  Alternatively, the parties can file a status report addressing the status of the bankruptcy proceeding and this Order to Show Cause will be discharged.  Counsel shall respond to this Order to Show Cause in writing no later than April 10, 2026.  Failure to respond to this Order to Show Cause may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **April 3, 2026**                       _____

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

1