UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

C.A.L. PRODUCE SALES CORPORATION,

Plaintiff,

v.

CFG PRODUCE, INC., et al.,

Defendants.

Case No.  1:24-cv-00315-FJS

ORDER DISCHARGING ORDER TO SHOW CAUSE

(ECF No. 24)

On April 3, 2026, the Court issued an order requiring Plaintiff to show cause why sanctions should not be imposed for failure to file a status report within ninety (90) days of the date of the Court's April 1, 2025, order, and every ninety (90) days thereafter, to advise the Court of the status of Defendant Shawn Jackson's bankruptcy proceeding. (ECF Nos. 18, 24.) Alternatively, the Court stated that Plaintiff could file the status report addressing the status of the bankruptcy proceeding. (ECF No. 24.) On April 6, 2026, Plaintiff filed the status report, indicating that Plaintiff erroneously mis-calendared the deadline and providing the requested update on the bankruptcy proceeding. (ECF No. 25.) Based on Plaintiff's counsel's response to the order to show cause, the Court will discharge the April 3, 2026, order to show cause. (ECF No. 24.)

Accordingly, IT IS HEREBY ORDERED that the order to show cause issued April 3, 2026, is DISCHARGED.

IT IS SO ORDERED.

Dated:   **April 8, 2026**

_____

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE