UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

C.A.L. PRODUCE SALES CORPORATION,

Plaintiff,

v.

CFG PRODUCE, INC., et al.,

Defendants.

Case No. 1:24-cv-00315-FJS

ORDER SETTING STATUS CONFERENCE

On April 1, 2025, the court stayed the action pending the resolution of the bankruptcy proceedings. (ECF No. 18.) On September 30, 2026, Plaintiff C.A.L. Produce Sales Corporation filed a status report informing the court that Plaintiff filed an adversary proceeding with the bankruptcy court on September 16, 2024, and that a judgment was entered on August 17, 2026. (ECF No. 28 at 2.) Plaintiff does not intend to appeal. (*Id.*) Plaintiff asks that the April 2025 stay be lifted and that default judgment proceed against Defendant CFG Produce, Inc. (*Id.*) After reviewing Plaintiff's request to lift the stay (ECF No 18) and Plaintiff's request for the court to proceed on its default judgment, the court finds it appropriate to set a status conference to discuss the case.

Accordingly, it is HEREBY ORDERED as follows:

1. A status conference is set for November 4, 2026, at 11:00 a.m. in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer;

2. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared; and

3. Plaintiff shall serve a copy of this order on Defendants.

IT IS SO ORDERED.

Dated: **October 27, 2026**

UNITED STATES MAGISTRATE JUDGE